No. 10–7875.  JONES *v.* MIDSTATES DEVELOPMENT, INC., ET AL. Ct. App. Neb.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–7900.  BREEST *v.* NEW HAMPSHIRE.  Sup. Ct. N. H. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10A609 (10–7797).  ANDERSON *v.* CLINE, WARDEN, ET AL. C. A. 10th Cir.  Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–2478.  IN RE DISBARMENT OF GOLDEN.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1044.]

No. D–2479.  IN RE DISBARMENT OF SELIGSOHN.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1044.]

No. D–2480.  IN RE DISBARMENT OF BARON.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1044.]

No. D–2484.  IN RE DISBARMENT OF SCHAINKER.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1044.]

No. D–2486.  IN RE DISBARMENT OF LEE.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1045.]

No. D–2488.  IN RE DISBARMENT OF WEAVER.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1045.]

No. D–2494.  IN RE DISBARMENT OF FORD.  Disbarment entered.  [For earlier order herein, see 561 U. S. 1052.]